06-07-17 14:27 FROM- DERMOTT MEDICAL 8705389710 T-725 P0002 F-402

JUN 05 2017

# 28ᵀᴴ STATE DISTRICT COURT OF DREW COUNTY

PM
7|8|9|10|11|12|1|2|3|4|5|6|

## COMPLAINT

CASE NUMBER **SC-17-16**

✓ SMALL CLAIMS _____ CIVIL DIVISION

PLAINTIFF: **Patrick E. Jones** TELEPHONE: **870-469-4003**

ADDRESS: **P.O. Box 32 Wilmar, AR 71675**

DEFENDANT: **Phillip Pennington D.D.S**

ADDRESS: **300 S. School St. Dermott, AR. 71638**

NATURE OF CLAIM: **Contract Breach**

AMOUNT OF RELEIF CLAIMED $**4646.00**  DATE CLAIM AROSE **1-11-17**

FACTS SHOWING WHY CLAIM IS OWED:

**See Attachment**

Signature of Plaintiff

Original: Court

Copies: Defendant   Sheriff / Process Server (2)



GOVERNMENT EXHIBIT A

RECEIVED 06-07-17 14:32   FROM- 8705389710   TO-   P0002/0005

The nature of this complaint is due to poorly-fitting dentures and failure to provide the standard of care as mandated by the ADA and that care deviated from the dental standard of care in his community, and as a result of that deviation I sustained injuries. *The dental standard of care is* "that level of care which competent dentists in the community would have provided to a patient under similar circumstances."

Dermott, AR

Upon the need to have dentures I first visited a dentist located in ~~Star City~~, Arkansas by the name of Dr. Pennington. She extracted two teeth. I was then told by phone she was leaving and to go to Mainline but had to wait for them to hire a dentist.

My first visit to Mainline Clinic in ~~Crossett~~ Dermott was in October wherein I had two teeth extracted by Phillip Pennington, DDS. On the October visit I was informed that all clinic visit fees needed to be paid to continue with the process. Upon receiving a call from the dentist office, I was then told in order to proceed I had to pay the full cost of the dentures before they could proceed. By November I had the money and went to pay my account in full in November. This information was not told to me at my initial visit to the clinic in September.

In late November I had to go for the impressions to be made. The office then informed me they would call me to make the bnext appointment and that I could not make it at the time I was there. I waited for two weeks with no call from the dentist office. I called to remind them that I had in fact paid all required fees and now they are responsible for all steps to in efforts to complete the process for getting the dentures. My appointment was made before Thanksgiving.

p1 of 3

In December I received my dentures and immediately had problems eating and speaking due to them cutting into my gums and my cheeks.

In January I made three visits for attempted adjustments but they were unsuccessful. They informed me that additional fees were needed but I informed them they told me it was covered in the price that was paid already.

While repeatedly being given the runaround I went to seek advice from another dentist. That dentist informed me that they were poorly made and would not, could not fix a problem that was already too badly made. He did however suggest another process but was very costly due to my current income.

I have endured severe pain, mental anguish and financial burden due to his failure to provide the standard amount of care as required.

P2 of 3

06-07-17 14:20  FROM-  DERMOTT MEDICAL        8705389710              T-725  P0005  F-402

28TH STATE DISTRICT COURT
MONTICELLO DEPARTMENT

JUN 05 2017

28th STATE DISTRICT COURT OF ~~BRADLEY~~ DREW COUNTY, ARKANSAS

SUMMONS

AM / PM
7|8|9|10|11|12|1|2|3|4|5|6|

**PATRICK JONES**                                              PLAINTIFF

VS.                              CASE NO. SC-17-16

**Phillip Pennington D.D.S**                                   DEFENDANT

### NOTICE

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached complaint.
2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the complaint unless you file a pleading and thereafter appear and represent your defense. Your pleading or answer must meet the following requirements:

   A. It must be in writing and otherwise comply with the Arkansas Rules of Civil Procedure.
   B. It must be filed in the court clerk's office within 30 days from the day you were served with the summons.

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can filed for you within the time allowed.

Amount for which Plaintiff may take judgment if you fail to appear,
Exclusive of interest          $ 4646.00
Court Fees                     $ 65
Service Fees                   $ 10.00
Total                          $ 4721.00

Witness my hand and the seal of the court this  5  day of  June , 2017.

Julie Watkins
District Clerk
107 E. Jackson
Monticello,
AR 71655

_____
Clerk

gan 11

Copies:
Sheriff/Process Server (2)