IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK E. JONES                                                                                          PLAINTIFF

v.                                              NO. 5:17CV00221 JLH

UNITED STATES OF AMERICA (originally
named as Phillip Pennington, DDS)                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED this 10th day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE